# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CHRISTOPHER MAURICE PENDLETON, | : | |
| TEYAUNA MICHELLLE PENDLETON, | : | |
| *Plaintiffs*, | : | |
| | : | |
| v. | : | CIVIL ACTION NO. 25-CV-1502 |
| | : | |
| PENNSYLVANIA HOUSING FINANCE | : | |
| AGENCY | : | |
| *Defendant*. | : | |

## ORDER

AND NOW, this 24th day of March, 2025, upon consideration of Plaintiffs Christopher Maurice Pendleton and Teyauna Michelle Pendleton's Motion to Proceed *In Forma Pauperis* (ECF No. 3), and Complaint (ECF No. 1) it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

2. The Complaint is **DEEMED** filed.

3. The Complaint is **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction for the reasons stated in the Court's Memorandum with no leave to amend granted.

4. The Clerk of Court is **DIRECTED** to close this case.

BY THE COURT:

*/s/ Gerald J. Pappert*
**Gerald J. Pappert, J.**